UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOYCE W. HARPER,<br><br>                  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>                  Defendant. | Case No. CV 20-52-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 __X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Commissioner's decision to deny Harper's claim for disability and supplemental income benefits is REVERSED and REMANDED for further proceedings.

      Dated this 29th day of December, 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Traci Orthman
                                        Traci Orthman, Deputy Clerk